**Order entered January 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01084-CR

### ANDRE DJUNA HUBERT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-60671-M

## ORDER

The Reporter's Record contains a CD ROM purporting to contain State's Exhibit 25, the police interview of Andre Djuna Hubert, and Defense's Exhibit 1, the police interview of James Alexander McCoy. However, the CD ROM contained in the Reporter's Record does not contain State's Exhibit 25, the police interview of Andre Djuna Hubert. Instead, the CD ROM contains two copies of Defense's Exhibit 1, the police interview of James Alexander McCoy.

Belinda G. Baraka, official court reporter of the 194th Judicial District Court, Dallas County, Texas, is **ORDERED** to file a supplemental Reporter's Record with this Court containing a copy of State's Exhibit 25, the police interview of Andre Djuna Hubert **WITHIN TEN DAYS** of the date of this Order.

The Clerk is **DIRECTED** to forward a copy of this Order to Belinda G. Baraka, official court reporter of the 194th Judicial District Court, Dallas, County, Texas.

/s/     DAVID L. BRIDGES
          JUSTICE